United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-37160** |
| **CAMERY RENEE GRAYSON,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 7** |

## ORDER OF DISMISSAL

This case is dismissed for failure to properly precure credit counseling prior to case filing. This case was filed on November 26, 2025. The debtor has filed a certificate of credit counseling dated December 11, 2025 (ECF No. 24). While the Court is sympathetic to the debtor it has limited ability [and in this case no ability (ECF No. 14)] to waive the requirement that an individual debtor take credit counseling prior to case filing. The lack of pre-filing credit counsel is fatal to this case and therefore this case is dismissed and closed.

**SO ORDERED.**

SIGNED 01/12/2026

Jeffrey Norman
United States Bankruptcy Judge